# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 444
September Term, 2010
11cv758



Alta Irrigation District,

    Plaintiff,

    v.

Eric Holder, *et al.*,

    Defendants.

### DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

    The Honorable Richard J. Leon, Judge, United States District Court for the District of Columbia, having notified me of his conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

    **ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Douglas H. Ginsburg, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Paul L. Friedman, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Richard J. Leon as members of the court to hear and determine this case. Judge Ginsburg will preside.

David B. Sentelle
Chief Judge

Date: 05-03-2011